AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br><br>ANTHONY L. ROGERS,<br><br>*Defendant(s)* | Case No.   4:22 MJ 8353 SRW<br><br>SIGNED AND SUBMITTED TO THE COURT FOR<br>FILING BY RELIABLE ELECTRONIC MEANS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   December 15, 2022   in the county of   St. Louis County   in the
Eastern   District of   Missouri   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the following is true and correct.

DAVID SILVERSTRAND
Digitally signed by DAVID SILVERSTRAND
Date: 2022.12.15 17:45:48 -06'00'

*Complainant's signature*

SA David Silverstrand, ATF

*Printed name and title*

Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date:   12/16/2022

*Judge's signature*

City and state:   St. Louis, Missouri      Honorable Stephen R. Welby, U.S. Magistrate Judge

*Printed name and title*